1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  ANDREW P. CAPUTO (CSBN 203655)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7004
7       Fax: (415) 436-7234
        Email: andrew.caputo@usdoj.gov
8
   Attorneys for Plaintiff
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION

   UNITED STATES OF AMERICA,           )    No. CR 08-0886 VRW
                                       )
         Plaintiff,                    )    STIPULATION AND [PROPOSED]
                                       )    ORDER EXCLUDING TIME FROM
         v.                            )    SPEEDY TRIAL ACT CALCULATION
                                       )    (18 U.S.C. § 3161(h)(8)(A))
   YUSEF STERLING,                     )
                                       )
         Defendant.                    )
                                       )

        With the agreement of the parties, and with the consent of defendant Yusef Sterling, the

   Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act,

   18 U.S.C. § 3161(c)(1), from January 8, 2009, to January 29, 2009. The parties agree, and the

   Court finds and holds, as follows:

        1.    Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to

   grant the requested continuance would unreasonably deny defendant's counsel reasonable time

   necessary for effective preparation, taking into account the exercise of due diligence, in this case.

   Defendant's counsel requested this exclusion in order to allow him time to review the discovery

   just provided by the government and to discuss the case with his client.

        2.    Given these circumstances, the Court found that the ends of justice served by

excluding the period from January 8, 2009, to January 29, 2009, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, at the hearing on January 8, 2009, the Court ordered that the period from January 8, 2009, to January 29, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: January 9, 2009    _____/s/_____
DANIEL P. BLANK
Attorney for Defendant Yusef Sterling

DATED: January 9, 2009    _____/s/_____
ANDREW P. CAPUTO
Assistant United States Attorney

IT IS SO ORDERED.

DATED: January 20, 2009    _____
VAUGHN R. WALKER
Chief Judge, United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Vaughn R Walker]*

2