JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7004
    Fax: (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0886 VRW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| YUSEF STERLING, | |
| Defendant. | |

      With the agreement of the parties, and with the consent of defendant Yusef Sterling, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from January 29, 2009, to March 19, 2009. The parties agree, and the Court finds and holds, as follows:

      1.    Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. Defendant's counsel requested this exclusion in order to allow him time to continue to evaluate the case against his client and to discuss the case with his client.

      2.    Given these circumstances, the Court found that the ends of justice served by

excluding the period from January 29, 2009, to March 19, 2009, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

    3.    Accordingly, and with the consent of the defendant, at the hearing on January 29, 2009, the Court ordered that the period from January 29, 2009, to March 19, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    IT IS SO STIPULATED.

DATED: January 29, 2009          /s/  
                                DANIEL P. BLANK  
                                Attorney for Defendant Yusef Sterling

DATED: January 29, 2009          /s/  
                                ANDREW P. CAPUTO  
                                Assistant United States Attorney

    IT IS SO ORDERED.

DATED: 2/3/2009

*IT IS SO ORDERED*  
*Judge Vaughn R Walker*  
*UNITED STATES DISTRICT COURT*  
*NORTHERN DISTRICT OF CALIFORNIA*